Christopher S. Coleman (#018287)
Rahgan N. Jensen (#037473)
**PERKINS COIE LLP**
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone:  +1.602.351.8000
Facsimile:  +1.602.648.7000
CColeman@perkinscoie.com
RJensen@perkinscoie.com
DocketPHX@perkinscoie.com

*Attorneys for Amazon.com Services, LLC and Amazon.com, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Stanley M. Gustafson,<br><br>                    Plaintiff,<br><br>        v.<br><br>Amazon.com,Inc., et al.,<br><br>                    Defendant. | No. ***** <br><br>**NOTICE OF REMOVAL**<br><br>*[Removal from the Superior Court of the State of Arizona, County of Maricopa, Case No. CV2024-011105]* |

Please take notice that, under 28 U.S.C. §§ 1332, 1441, and 1446, and LRCiv 3.6, Defendants Amazon.com Services, LLC and Amazon.com, Inc. (collectively "Amazon") hereby remove this case, originally filed as *Stanley M. Gustafson v. Amazon.com, Inc., et. al*, Case No. CV2024-011105 in the Superior Court of the State of Arizona, County of Maricopa, to the United States District Court for the District of Arizona, Phoenix Division. As set forth below, removal is proper pursuant to 28 U.S.C. § 1441(a) because this Court has original jurisdiction based on diversity under 28 U.S.C. § 1332.

I.    **TIMELINESS OF REMOVAL**

1.    On June 4, 2024, Plaintiff Stanley Gustafson commenced an action in the Superior Court of the State of Arizona in and for Maricopa County as case number CV2024-011105. The Complaint lists Amazon, Shenzhen Yingzan Technology Co., Ltd.,

Yingleus at Anyork Tech Inc., Eternity Technology Holdings Limited, and Eternity Technology Co. Ltd. as defendants. The Complaint asserts one cause of action for product liability. Under 28 U.S.C. § 1446(a) and LRCiv 3.6, true and correct copies of the state court record are attached as Exhibit A to the Declaration of Christopher S. Coleman, attached to this Notice of Removal.

2. Defendant Amazon was served on June 26, 2024. This Notice of Removal is thus timely pursuant to 28 U.S.C. § 1446(b) because it is filed within 30 days of service on Amazon.

## II.   VENUE

3. The Superior Court of the State of Arizona, Maricopa County is located within the District of Arizona. 28 U.S.C. § 82. Venue is therefore proper in this Court because it is the "district and division embracing the place where such action is pending." *Id.* § 1441(a).

## III.   THIS CASE IS REMOVABLE UNDER DIVERSITY JURISDICTION

4. This Court has original jurisdiction over this action under 28 U.S.C. § 1332(a)(1) because the parties are "citizens of different States" and "the matter in controversy exceeds the sum or value of $75,000."

### A.   Complete Diversity Exists.

5. Plaintiff is a citizen of the State of Arizona. *See* Compl. ¶ 4.  All defendants are (1) citizens of a state other than Arizona or (2) are foreign entities with citizenship in China.

6. Amazon is incorporated in Delaware and has its principal place of business in Washington. Declaration of Christopher S. Coleman at ¶ 5.

7. To the best of undersigned's knowledge, Defendants Shenzhen Yingzan Technology Co., Ltd., Yingleus at Anyork Tech Inc., Eternity Technology Holdings Limited, and Eternity Technology Co. Ltd are foreign corporations with their principal place of business in China.

-2-

8. Because this case could have been brought originally in this Court under 28 U.S.C. § 1332, removal is appropriate under 28 U.S.C. § 1441. Jurisdiction is proper.

**B.     The Amount in Controversy Exceeds $75,000.**

9.     Plaintiff's claim for $3,738,189.60 in total damages involves an amount in controversy in excess of $75,000, exclusive of interest and costs.

10.     By the statements contained in this Notice of Removal, Amazon does not concede that Plaintiff is entitled to any damages.

**IV.     CONSENT AND NOTICE**

11.      All defendants who have been "properly joined and served" have consented to this removal. 28 U.S.C. § 1446(b)(2)(A).

12.     No motions are currently pending in state court, as reflected by the state court record attached as <u>Exhibit A</u> to the Declaration of Christopher S. Coleman.

13.      Attached as <u>Exhibit B</u> to the Declaration of Christopher S. Coleman is a copy of the Notice of Removal (without attachments) that undersigned affirmatively states will be filed with the clerk of the Maricopa County Superior Court and served on Plaintiff. *See* LRCiv 3.6(a).

14.     The required Civil Cover Sheet and Supplemental Civil Cover Sheet for Cases Removed from Another Jurisdiction are attached to this Notice. *See id.*

**V.     NON-WAIVER OF DEFENSES**

15.     Amazon expressly reserves all of its defenses. By removing the action to this Court, Amazon does not waive any rights or defenses available under either federal or state law. Amazon expressly reserves the right to move for dismissal of the Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure. Nothing in this Notice of Removal should be taken as an admission that Plaintiff's allegations are sufficient to state a claim or have any substantive merit.

Dated:  July 25, 2024                **PERKINS COIE LLP**


By: */s/Christopher S. Coleman*
      Christopher S. Coleman (#018287)
      Rahgan N. Jensen (#037473)
      2525 E. Camelback Road, Suite 500
      Phoenix, Arizona 85016-4227
      CColeman@perkinscoie.com
      RJensen@perkinscoie.com

*Attorneys for Amazon.com Services, LLC
and Amazon.com, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2024, I served the attached document by first class mail on the following, who is not a registered participant of the CM/ECF System:

Stanley M. Gustafson
19031 N. Mark Lane
Sun City, AZ 85373
stangustafson66@gmail.com

*s/ Amy Robinson-Allen*