1
2
3
4
5

Stanley M. Gustafson
19031 N Mark Lane,
Sun City, Arizona 85373-9709
Telephone: 623-243-2628
Facsimile:   855-295-7597
E-mail: stangustafson66@gmail

Stanley M Gustafson Pro Se

6
7
8

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| STANLEY M. GUSTAFSON | Case No.   CV-24cv-01834-PHX-SHD |
| Plaintiff, | |
| v. | Judge:    Sharad H. Desai |
| AMAZON.COM INC et al<br>AMAZON SERVICES LLC. et al<br>YINGLEUS AT ANYORK TECH INC.<br>SHENZHANYINGZHAN TECHNOLOGY CO. LTD.,<br>SHENZHAN ETERNITY TECHNOLOGY CO. LTD.,<br>ETERNITY TECHNOLOGY HOLDINGD LTD. | **AFFIDAVIT OF STANLEY M. GUSTAFSON IN SUPPORT OF MOTION FOR RECONSIDERATION OF ALTERNATIVE SERVICE** |
| Defendant . | |

Dated: 4/8/2025

Stanley M. Gustafson

By:    /s/ Stanley M Gustafson

Stanley M Gustafson Pro Se

**AFFIDAVIT OF STANLEY M. GUSTAFSON IN SUPPORT OF MOTION FOR RECONSIDERATION OF ALTERNATIVE SERVICE**

**I, Stanley M. Gustafson, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge**:

Personal Background: I am the pro se plaintiff in this case, residing at 19031 N. Mark Lane, Sun City, AZ 85373. I am 76 years old, with no legal training, and rely on a fixed income of $1,172 per month from Social Security. Since June 2022, I've endured 13 hospital stays due to a burn injuries from a defective product purchased on Amazon.com, severely limiting my resources and mobility.

Purpose of Affidavit: I submit this affidavit to support my Motion for Reconsideration of this Court's March 26, 2025, Order (Doc 48) denying alternative email service (Doc 44) on Defendants Shenzhen Yingzan Technology Co., Ltd.; YingleUS at Anyork Tech Inc.; Eternity Technology Co. Ltd.; and Eternity Technology Holdings Limited (collectively, "Chinese Defendants"). I seek to serve them via email to their attorney, Sophia Yuanshanhai, at jyuanshanhai98@163.com.

## Communications with Sophia Yuanshanhai:

**a**. On February 15, 2025, I emailed Sophia at jyuanshanhai98@163.com, identified in prior correspondence with YingleUS regarding my injury claim, inquiring if she represents all four Chinese defendants named in my Second Amended Complaint (Doc 41).

**b**. On February 20, 2025, Sophia replied, confirming her representation and providing a letter dated February 18, 2025 (attached as Exhibit A), stating: "I, Sophia Yuanshanhai, represent Shenzhen Yingzan Technology Co., Ltd.; YingleUS at Anyork Tech Inc.; Eternity Technology Co. Ltd.; and Eternity Technology Holdings Limited in all legal matters related to Case No. CV-24-01834-PHX-SHD."

**c**. On March 1, 2025, I called Sophia at (+86) 17775847798 to verify her email and role, and she affirmed both, noting she receives all legal notices for these entities at that address. See email chain (Exhibit B).

## Efforts to Serve via Hague Convention:

**a**. Since this Court's February 12, 2025, Order (Doc 38), I researched Hague Convention

2

service through the U.S. State Department and translation services, learning it requires Mandarin translation and shipping via China's Ministry of Justice, costing $500-$1,000 (estimated by ABC Translation Services, March 2025).

**b.** My income ($1,172/month, Exhibit C) cannot cover this, as it exceeds two months' rent and medical expenses, rendering Hague service impracticable by November 1, 2025 (Doc 51-4)

**Necessity of Email Service:**

**a**. Hague service takes 6-12 months (per HCCH guidelines), delaying inclusion of the Chinese defendants beyond the April 15, 2025, Rule 16 conference (Doc 38), stalling my multi-defendant case.

**b**. Email to Sophia, a confirmed attorney, is reliable, as businesses globally use email for legal and commercial notice (Prem Sales, LLC v. Guangdong Chigo, 2020 U.S. Dist. LEXIS 189872). I sent my Motion for Class Certification (Doc 42) to her on March 12, 2025, with no delivery failure, ensuring notice under Mullane v. Central Hanover Bank & Trust Co., 339 U.S. 306, 314 (1950).

**Financial Hardship**: As a pro se litigant with no legal aid, translating and shipping via Hague exceeds my means, while email service (under $100 with translation) is feasible, aligning with judicial efficiency (Fed. R. Civ. P. 1) and my pro se status (Haines v. Kerner, 404 U.S. at 520). Exhibits:

Exhibit A: Letter from Sophia Yuanshanhai, dated February 18, 2025.

Exhibit B: Email correspondence with Sophia, February 15–March 1, 2025.

Exhibit C: Social Security income statement, April 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 8, 2025, at Sun City, Arizona.

Stanley M. Gustafson

Stanley M. Gustafson
19031 N. Mark Lane, Sun City, AZ 85373
stangustafson66@gmail.com (mailto:stangustafson66@gmail.com)
623-243-2628

3

Case No.: CV-24-cv-01834-PHX-SHD    **AFFIDAVIT OF IN SUPPORT OF MOTION FOR RECONSIDERATION OF ALTERNATIVE SERVICE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

Letter from Sophia Yuanshanhai,

dated February 18, 2025

Case No.: CV-24-cv-01834-PHX-SHD    **AFFIDAVIT OF  IN SUPPORT OF MOTION FOR RECONSIDERATION OF ALTERNATIVE SERVICE**

To: Stanley Gustafson

July 19, 2024

**Re: Response to Allegations of Personal Injury Possibly Caused by Anyork Red Light Devise: Model:ZB:IL04-01**

Dear Stanley,

I hope this message finds you well.

I am writing to you on behalf of **Yingzhan Technology Co.Ltd.dba YingleUS ("YingleUS")**, concerning the allegations you have made regarding personal injury that you claim to have suffered from the use of our product, **Anyork Red Light Devise: Model:ZB:IL04-01 (the "product")**.

As a legal counsel of YingleUS, I have taken your allegations seriously and have conducted a thorough review of the matter.

Firstly, we would like to inform you that the product has obtained UL certification as attached hereto as Annex 1, which attests to its quality and safety standards.

Meanwhile, we find it difficult to reconcile your allegations with the facts, since that the product has been on the market for an extended period, and its maximum temperature is only 50 degrees Celsius, which is not sufficient to cause severe burns to users. We are shocked and concerned to hear of the severe burns you claim to have sustained from using the product, as this is not consistent with our experience or the product's specifications.

As the evidence you have provided does not clearly demonstrate that our product caused your severe burns, and given the substantial amount of compensation you are seeking, we reserve the right to request police intervention to conduct a thorough investigation and ascertain the truth of the matter.

As a result, if necessary, we are prepared to defend vigorously ourselves in court against these allegations. Should we prevail in the court, we will seek compensation for the damage to the reputation of our corporate and the product and the loss of sales resulting from the removal of the product from Amazon, which we estimate to be no less than $5 million.

We remain open to receiving any additional evidence or documentation you may have that supports your claims. Please feel free to contact us if you have any further information to provide or if you wish to discuss this matter further.

Sincerely,

Sophia
yuanshanhai98@163.com
Yingzhan Technology Co.Ltd.dba YingleUS

# EXHIBIT B

Email correspondence with Sophia,

February 15–March 1, 2025.

Case No.: CV-24-cv-01834-PHX-SHD    **AFFIDAVIT OF  IN SUPPORT OF MOTION FOR RECONSIDERATION OF ALTERNATIVE SERVICE**

3/26/25, 6:29 PM          Gmail - Response to Allegations of Personal Injury Possibly Caused by Anyork Red Light Devise: Model:ZB:IL04-01

Case 2:24-cv-01834-SHD     Document 56-1     Filed 04/10/25     Page 8 of 33

 **Gmail**

Stanley Gustafson <stangustafson66@gmail.com>

## Response to Allegations of Personal Injury Possibly Caused by Anyork Red Light Devise: Model:ZB:IL04-01

3 messages

---

**yuanshanhai98** <yuanshanhai98@163.com>                                    Fri, Jul 19, 2024 at 5:13 AM
To: "stangustafson66@gmail...." <stangustafson66@gmail.com>

Dear Stanley,

As a legal counsel, I am writing to you on behalf of Yingzhan Technology Co.Ltd.dba YingleUS, concerning the

allegations you have made regarding personal injury that you claim to have suffered from the use of our product,

Anyork Red Light Devise: Model:ZB:IL04-01.

Pls find the attached response as attached.

Sincerely,

Sophia

          **yuanshanhai98**


yuanshanhai98@163.com

---

**2 attachments**

📄 **20240719 Response to Stanley Gustafson.pdf**
    90K

📄 **Annex I - LED LIGHT UL153-LCS200805008DS test report(ZBIL04-01).pdf**
    1389K

---

**Stanley Gustafson** <stangustafson66@gmail.com>                            Fri, Jul 19, 2024 at 5:27 PM
To: yuanshanhai98 <yuanshanhai98@163.com>

Dear Sophia
Thank you for your response. Can you please provide me with your mailing address and phone number

On Fri, Jul 19, 2024 at 5:14 AM yuanshanhai98 <yuanshanhai98@163.com> wrote:

Dear Stanley,

As a legal counsel, I am writing to you on behalf of Yingzhan Technology Co.Ltd.dba YingleUS, concerning the

allegations you have made regarding personal injury that you claim to have suffered from the use of our

product, Anyork Red Light Devise: Model:ZB:IL04-01.

Pls find the attached response as attached.

Sincerely,

3/26/25, 6:29 PM    Gmail - Response to Allegations of Personal Injury Possibly Caused by Anyork Red Light Devise: Model:ZB:IL04-01

Sophia



### yuanshanhai98

yuanshanhai98@163.com

---

**yuanshanhai98** <yuanshanhai98@163.com>    Mon, Jul 22, 2024 at 12:56 AM
To: Stanley Gustafson <stangustafson66@gmail.com>

Dear Stanley,

Here is my mailing address and phone number:

Sophia
177 7584 7798
3/F,4/F, Zhongdian Information Building, No. 1 Xinwen Road
Futian District, Shenzhen, People's Republic of China

Sincerely,

Sophia

### yuanshanhai98

yuanshanhai98@163.com

---- Replied Message ----

| From | Stanley Gustafson<stangustafson66@gmail.com> |
| --- | --- |
| Date | 7/20/2024 08:27 |
| To | yuanshanhai98<yuanshanhai98@163.com> |
| Subject | Re: Response to Allegations of Personal Injury Possibly Caused by Anyork Red Light Devise: Model:ZB:IL04-01 |

Dear Sophia
Thank you for your response. Can you please provide me with your mailing address and phone number

On Fri, Jul 19, 2024 at 5:14 AM yuanshanhai98 <yuanshanhai98@163.com> wrote:
Dear Stanley,

As a legal counsel, I am writing to you on behalf of Yingzhan Technology Co.Ltd.dba YingleUS, concerning the allegations you have made regarding personal injury that you claim to have suffered from the use of our product, Anyork Red Light Devise: Model:ZB:IL04-01.

3/26/25, 6:29 PM       Gmail - Response to Allegations of Personal Injury Possibly Caused by Anyork Red Light Devise: Model:ZB:IL04-01

Case 2:24-cv-01834-SHD     Document 56-1     Filed 04/10/25     Page 10 of 33

Pls find the attached response as attached.

Sincerely,

Sophia

**yuanshanhai98**

yuanshanhai98@163.com



Page 1 of 19                    REPORT NO.: LCS200805008DS

# TEST REPORT

## UL 153:2014 Ed.13+R: July 27, 2018

## Standard for Safety - Portable Electric Luminaires

| | |
|---|---|
| Report Number...............................: | LCS200805008DS |
| Date of issue..................................: | 3-Sep-2020 |
| Total number of pages ..................: | 19 pages |

| | |
|---|---|
| Name of Testing Laboratory preparing the Report .....................: | Zhongshan LCS Compliance Testing Laboratory Ltd. |
| Applicant's name ...........................: | Shenzhenshi Walton Technology Co.,Ltd |
| Address..........................................: | R402 Dongxing Industrial Building, NO.48 Dongchang Road, Dongxiao Community, Dongxiao St, Luohu District, Guangdong , China |
| Manufacture's name ......................: | ShenzhenshiHongge Technology Co.,Ltd |
| Address..........................................: | Floor 5, First Building, MingjinhaiKeji Park, Zhoushi Road, Shixin Community, Langxin Community, Shiyan St, Bao'an District, Guangdong, China |

| | |
|---|---|
| **Test specification:** | |
| Standard.........................................: | UL 153:2014 Ed.13+R: July 27, 2018 |
| Test procedure ..............................: | Fractional test |
| Non-standard test method .............: | N/A |
| Test item description.....................: | LED Light Therapy Device |
| Trade Mark.....................................: | NA |
| Test Date........................................: | 24-Aug-2020 to 31-Aug-2020 |
| Model/Type reference...................: | ZB:IL04-01, ZB:IL04-02, ZB:IL04-03, ZB:IL04-04, ZB:IL04-05, ZB:GL03-03, ZB:IL09-01, HG:IL04-06 |
| Ratings..........................................: | 110-230Vac, 50/60Hz, 1.5A. Dry location use. |

| ☒ Testing Laboratory: | |
|---|---|
| Testing location/ address...........: | Zhongshan LCS Compliance Testing Laboratory Ltd. 1403, 14th floor, Huaxing home building materials City, No. 15, Xinxing, Avenue East, Guzhen Town, Zhongshan City, Guangdong Province |
| Tested by (name, function, signature)........................................: | Even Liang |
| Check by (name, function, signature).........................................: | Torres He |
| Approved by (name, function, signature).........................................: | Jesse Liu |



**Remark: The duplication of this report or parts of it and its use for advertising purposesis only allowed with permission of the testing laboratory.This report contains the result of examination of the product sample submitted by the appliance. A general statement concerning the quality of the products from the series manufacturer cannot be derived therefore.**

**General remarks:**
This report shall not be reproduced except in full without the written approval of the testing laboratory.
At client's require, fractional test were conducted and the test results presented in this report relate only to the item tested.
Model ZB:IL04-01 was selected to conduct all test.

**General product information:**
- The product covered by this report is portable luminaire and suitable for indoor used, provided with LPS power unit.
- All models are same, except product finish/colour, model name.

**Components:**
- LPS power unit: SHENZHEN SOY TECHNOLOGY CO LTD (UL E365255), Model: SOY-1200200US. Rating: Input:100-240Vac, 50/60Hz, 0.6A. Output: 12Vdc, 2A. LPS, CV.
- All plastic part shall have f1, min. HB, min. 80°C rated.



UL 153:2014 Ed.13+R: July 27, 2018

| Test No. | Done[3] | Test Name | [x] Comments/Parameters<br>[ ] Tests Conducted by[2]<br>[ ] Link to separate data files[4] |
|---|---|---|---|
|  | TESTS TO BE CONDUCTED: |
| 1 | x | NORMAL TEMPERATURE TEST - FREE STANDING AND SURFACE MOUNTED UNITS: | Pass |
| 2 | x | DIELECTRIC VOLTAGE-WITHSTAND TEST: | Pass |
| 3 | x | MOUNTING MEANS TEST-SURFACE MOUNTED UNIT TEST | Pass |



REPORT NO.: LCS200805008DS

NORMAL TEMPERATURE TEST - FREE STANDING AND SURFACE
MOUNTED UNITS:

UL 153; 143-145

GENERAL

One sample of the model ZB:IL04-01 was tested.

**[X ]** The portable luminaire had a fixed harp or the shade was not adjustable.

**[]** The portable luminaire had an adjustable harp.

**[]** The portable luminaire had the shade mounted on a flexible or adjustable
arm.

**[ ]** The shade had adjustable baffles or "barn doors" to direct the light.

METHOD

Type

[x] Free Standing - The free standing unit was tested on a level sheet of
1/2 inch (12.7mm) thick plywood that extended beyond all lamps positioned when adjustable to the farthest
position from the center line at least 2 feet (61 cm) in each direction.  When the lamps are located at least 3 feet
(91 cm) above the ground, the plywood extended at least 2 feet beyond the base of the luminaire.  The
luminaire was located at least 3 feet (91.4 cm) away from other horizontal or vertical surfaces.

[ ] Surface Mounted - A portable luminaire intended for attachment to a vertical surface, under a cabinet or
shelf, or on a ceiling was attached to a sheet of 1/2 inch (12.7mm) thick plywood that extends beyond the lamp
at least 2 feet (61 cm) in each direction.  The luminaire was located at least
3 feet (91.4 cm) above other horizontal surfaces such as the floor.  The unit was attached in the worst case
position(s) permitted by the manufacturers' directions.

[ ] CUL surface-mounted undercabinet luminaire -- mounted in the test alcove shown in Figure 1 below.  The
luminaire touched two walls and the top of the alcove, in the configuration and orientation that resulted in the
highest temperatures.  The test alcove shown in Figure 1 has three sides made of nominal 12 mm (0.5 in)
plywood joined at right angles to form a corner, with butt-fitted seams secured by wood screws.  Each side
projected 300 mm (12 in) beyond the luminaire.

Zhongshan LCS Compliance Testing Laboratory Ltd.
Add: R402 Dongxing Industrial Building, NO.48 Dongchang Road, Dongxiao Community, Dongxiao St, Luohu District, Guangdong , China
Tel：+(86) 0755-29871520 | Fax：+(86) 0755-29871521 | E-mail：webmaster@lcs-cert.com | http:// www.lcs-cert.com



　　　REPORT NO.: LCS200805008DS

NORMAL TEMPERATURE TEST - FREE STANDING AND SURFACE
MOUNTED UNITS (CONT'D):　　　　　　　　　　　　　　　UL 153; 143-145

Shade positions and decorative parts

[] Flexible or Adjustable Arm - When a portable luminaire had a flexible or adjustable arm, the bottom of the shade or guard was positioned so that the

[] open end of the shade
[ ] guard

was parallel to the unit's supporting surface.  The bottom of the shade or guard was located as close as possible to the supporting surface, but not closer than 6 inches (152mm).  When the flexible or adjustable arm could not be positioned to be within 6 inches, it was positioned as close to the supporting surface as permitted by the construction without guiding or propping.

[ ] Several Positions of Usage - A portable luminaire that was able to be
        adjusted to several positions of usage was adjusted so that the shade's

[ ] open end
[ ] closed end

[x] was horizontal to the mounting surface,
[] was 45 degrees below horizontal toward the mounting surface
[ ] was in a vertically position. See Table 1.

[ ] Multiple Shades - For a portable luminaire with multiple shades, each shade was tilted, raised, lowered, rotated, or otherwise adjusted as permitted to represent reasonable positions of use without the light emitted from one shade opening aimed at another shade.  See drawing or photo of positions to be tested below.

Multishade Drawing or Photo



Page 6 of 19                    REPORT NO.: LCS200805008DS

NORMAL TEMPERATURE TEST - FREE STANDING AND SURFACE          UL 153; 143-145
MOUNTED UNITS (CONT'D):

[ ] Clip-on Shade/Adjustable Harp - A portable luminaire with a shade that clips onto a lamp, or a shade supported by a harp that is adjustable was tested in any position allowed by the clip on harp unless the shade is made of metal, glass or porcelain.

[ ] Optional or Decorative Part - A portable luminaire provided with an optional or decorative part was tested both with and without the part in place. Actuating or moveable parts were positioned in any position of normal use for test, including closing hinged covers ("barn doors") as shown in the drawing or photo below.

<div style="border:1px solid black; height:300px;"></div>

Optional or Decorative Part Drawing or Photo

Light Source
[ ] Incandescent - An incandescent type unit was tested with a test lamp of the wattage and type marked. See Table 1.

[ ] Three-Way Lamp - For a three-way lamp holder, a three-way lamp of the highest wattage specified on the lamp replacement marking was used and operated at the highest wattage setting.

[ ] Not Common - When the marked lamp replacement was of a wattage and type other than specified in UL153, Table 144.2, the test was repeated with a _____Watt, Type _____test lamp.

Test was conducted at:
[ ] rated wattage _____ W
[ ] rated voltage# _____ V

┌─────────────────────────────────────────────────────────────────────────┐
│ # Note - A portable luminaire that uses a lamp with a voltage rating (example: 110V) that is less that the unit's │
│ nominal supply voltage │
│ (example: 120V) should be tested at the unit's rated supply voltage. │
└─────────────────────────────────────────────────────────────────────────┘

Zhongshan LCS Compliance Testing Laboratory Ltd.
Add: R402 Dongxing Industrial Building, NO.48 Dongchang Road, Dongxiao Community, Dongxiao St, Luohu District, Guangdong , China
Tel: +(86) 0755-29871520 | Fax: +(86) 0755-29871521 | E-mail: webmaster@lcs-cert.com | http:// www.lcs-cert.com



NORMAL TEMPERATURE TEST - FREE STANDING AND SURFACE                    UL 153; 143-145
MOUNTED UNITS (CONT'D):

[ ] Halogen - A tungsten-halogen type unit was tested with a test lamp of the wattage and type marked.  See Table 1.

Test was conducted at:
[ ] rated wattage _____ W
[ ] rated voltage _____ V

[ ] Fluorescent - A fluorescent type unit was tested with a test lamp of the wattage and type marked.  See Table 1.

[ ] CFL With Integral Starter - A unit that uses a compact fluorescent lamp where the same lampholder accepts 5, 7 and 9 watt with an integral starter was tested with a 5 watt and then with a 9 Watt lamp.

The unit was operated at rated voltage 120 V and 60 frequency.

[ ] CFL Self-Ballasted Lamp With Medium Base – Temperature test was repeated with an incandescent Type A lamp of the same or higher wattage and was operated at rated wattage.

[ ] High Intensity Discharge - A high intensity discharge (HID) unit was tested with a test lamp of the wattage and type marked.

Convenience or load (series-connection) receptacle

[ ] A convenience receptacle shall be loaded at 80% of the rating of the supply connection attachment plug (12 A for a 15 A plug; 16 A for a 20 A plug), unless marked for a lesser current rating.  A non-standard load receptacle for series connection shall be loaded as marked.

[ ] Portable luminaires with secondary batteries

Temperature test on portable luminaires with secondary batteries was conducted [independently] [in combination with another required temperature test].

A portable luminaire with secondary battery(ies) and battery charging system was operated through two complete cycles of charge and discharge.  Prior to conducting the initial charge, the battery was discharged by operating the product until no visible output is apparent.  The battery was then charged until full nominal battery voltage is attained, but no less than seven hours, followed by discharge until no visible output was apparent.  During the charge cycle, if permitted by the design, the portable luminaire was "on"
(to maximize heat generation).  This charge and discharge cycle was then repeated.  The surface temperature of the battery was continuously monitored during the charge and discharge cycles.

Zhongshan LCS Compliance Testing Laboratory Ltd.
Add: R402 Dongxing Industrial Building, NO.48 Dongchang Road, Dongxiao Community, Dongxiao St, Luohu District, Guangdong , China
Tel：+(86) 0755-29871521 ｜ Fax：+(86) 0755-29871521 ｜ E-mail：webmaster@lcs-cert.com ｜ http:// www.lcs-cert.com



REPORT NO.: LCS200805008DS

NORMAL TEMPERATURE TEST - FREE STANDING AND SURFACE
MOUNTED UNITS (CONT'D):

UL 153; 143-145

The unit was operated at:
[ ] Rated supply voltage and frequency for the ballast.

[ ] A supply voltage that provides a nominal system in accordance with
HID Nominal System Measurement.

[X] Light Emitting Diode (LED) – A unit that uses a LED light source was operated at:
[X] Rated supply voltage of LED driver.

[ ] 120V supply voltage for a unit that is directly connected to the supply source without the use of an isolated
driver or power supply.

[ ] Other



REPORT NO.: LCS200805008DS

NORMAL TEMPERATURE TEST - FREE STANDING AND SURFACE
MOUNTED UNITS (CONT'D):

UL 153; 143-145

Test duration

The unit was operated continuously with its rated lamp until constant temperatures were attained. A motor or
other component if provided was on and operating at maximum load during the temperature test. The
temperature test was operated until temperatures stabilized or minimum 7.5 hours.

Temperature measurement by thermocouple

Thermocouples not larger than 24AWG (0.21mm$^2$) were used at the locations specified under Results.

[ ] Screwshell Temperature – For the screwshell temperature, the thermocouple tip was wedged between the
lamp and the inner edge of the lampholder screwshell.

[ ] Hot Spot Determination - An infra-red temperature sensing device was used to determine the point of highest
temperature (hotspot) that the thermocouple was located. The unit was then de-energized and the
thermocouple was located at that hotspot.

[x] Polymeric Parts – If the unit utilized a polymeric part such as a thermoplastic enclosure, watershield, lens,
diffuser, or similar parts, temperatures were measured by placing one or more thermocouples in contact with the
part in such a manner that the thermocouple was wedged between the part and any metallic material or other
source of conducted heat.

For a source of radiated or convected heat, thermocouples were inserted from the outside surface through holes
drilled in the polymeric material, such that the thermocouple tips were located in the plane of the inside surface
and were sealed in place with fuller's earth and sodium silicate (waterglass).

[ ] Pleated or Double-Wall Shade - Pleated or double-walled fabric or plastic shades had the thermocouples
attached by slitting the outer covering and attaching the thermocouples to the outside of the shade liner.

[ ] Coil Temperatures - The temperature for a ballast, transformer or motor having an insulation Class B (130 C)
or higher was measured by change-of-resistance method as specified in the "CHANGE-OF-RESISTANCE
CALCULATIONS" data sheet.



REPORT NO.: LCS200805008DS

NORMAL TEMPERATURE TEST - FREE STANDING AND SURFACE          UL 153; 143-145
MOUNTED UNITS (CONT'D):

Ambient temperature measurement

The temperature test was conducted at any ambient temperature between 20 and 30°C (68 and 96°F).  The
ambient temperature was measured by means of a thermocouple
[x] immersed in a bath of mineral oil in a glass container, or

[ ]an equivalent means immune to air turbulence or convection currents as follows:

_____

The test conditions were as tabulated below:

| Parameters | - |
| --- | --- |
| Sample No. | A1 |
| Rated Input Supply Voltage | 100Vac |
| Measured Input Supply [Current, A] | 0.39A |
| Position | Normal use |

[x] The test was run for at least 3 hours; and after 3 hours, three successive readings, taken at 30 minute
intervals, were within 1°C of one another and still not rising.

[ ] The test was run for a minimum of 7.5 hours.

[ ] An integral protective device operated during the test.



Page 11 of 19                    REPORT NO.: LCS200805008DS

NORMAL TEMPERATURE TEST - FREE STANDING AND SURFACE          UL 153; 143-145
MOUNTED UNITS (CONT'D):

The temperatures were as tabulated below:

| Location of Thermocouples | Measured Temperature °C | Limit°C |
|---|---|---|
| Ambient | 25.0 | - |
| Switch | 49.5 | 75 |
| Switch | 27.5 | 60 |
| LEDs lead wire | 35.6 | 80 |
| LED PCB, near LED | 40.1 | 90 |
| Diffuser, inside | 38.6 | 65 |
| Back surface of LED PCB | 39.5 | 50 |
| Mounting surface | 28.9 | 90 |



NORMAL TEMPERATURE TEST - FREE STANDING AND SURFACE
MOUNTED UNITS (CONT'D):                                              UL 153; 143-145

---

Filled by Lab Technician:
[x] A polymeric material used as a decorative trim or part [did not] [did] melt or deform in such a way as to interfere with the normal operation of the lamp.

---

Filled by Project Handler:
Temperatures [did not] [did] exceed the applicable values specified in UL153, Table 144.1; and temperatures on the mounting surface [did not] [did] exceed 90°C (194°F).

[x] An integral protective device, if provided, [did] [did not] operate during the test (C-UL criteria only).

The test results [were not] [were] considered acceptable

---

Figure 1
**Surface-Mounted Undercabinet Test Alcove**





Notes:
*The upper drawing is the top view.*
*The lower drawing is a section through the centre of the top view.*
**A** — *Dimension A is* 300 mm *(12 in).*

---



REPORT NO.: LCS200805008DS

DIELECTRIC VOLTAGE-WITHSTAND TEST:                          UL 153; 159

GENERAL

One sample of ZB:IL04-01 was tested.

This test applies to portable luminaires having accessible dead metal parts or low voltage circuits.

METHOD

[x] A portable luminaire had a [x] 1480 volt, 40 - 70 hertz [ ] 1697 volt (1200 x 1.414) DC potential applied for 1 minute between:

    [x] Primary wiring, including connected components, and accessible dead metal parts of a portable luminaire that could become energized, including those parts that are accessible only during relamping; and

    [X ] Primary wiring and accessible low-voltage metal parts, including terminals.

[ ] A portable luminaire had a [ ] 500 volt, 40 - 70 hertz [ ] 707 volt
(500 x 1.414) DC potential applied for 1 minute between the opposing accessible frame pieces (clause 38.4, exc. #2).

RESULTS

LAB TECH: Please complete following table.

| Applied Voltage, V | Observed Voltage, V | Location Of Applied Potential | Breakdown | |
|---|---|---|---|---|
| | | | Yes | No |
| 1480V | 1480V | Input and accessible part | -- | No |

Filled by Project Handler:

The test results [were not] [were] considered acceptable.

Zhongshan LCS Compliance Testing Laboratory Ltd.
Add: R402 Dongxing Industrial Building, NO.48 Dongchang Road, Dongxiao Community, Dongxiao St, Luohu District, Guangdong , China
Tel: +(86) 0755-29871520  |  Fax: +(86) 0755-29871521  |  E-mail: webmaster@lcs-cert.com  |  http:// www.lcs-cert.com



Page 14 of 19                    REPORT NO.: LCS200805008DS

INPUT TEST                                           UL 8750; 8.2

Method:

The input current (or wattage, if so rated) of a LED array, module, or package shall be measured at rated input voltage.

The input current (or wattage, if so rated) of a LED controller or driver shall be measured at rated input voltage and supplying rated load.

Results:

| Model No. | Input, Vac/Hz | Input, A | Input, W | Limit, A |
|-----------|---------------|----------|----------|----------|
| ZB:IL04-01 | 100/60 | 0.39 | 23.05 | 1.6x1.1=1.7 |
|  | 277/60 | 0.21 | 23.12 | 6 |

✧   The measured input **current** was___#___, which (☒**did not/** ☐**did**) exceed the 1.1 x ____#___(**110% rated value**).
#Note: see above table.

**Overall Comments:**

This result (☒**did /** ☐**did not**) comply with the requirement.



Page 15 of 19          REPORT NO.: LCS200805008DS

## Attachment No.1

### Photo Documentation

**Figure 1 - External view**



**Figure 2 - External view**



UL 153:2014 Ed.13+R: July 27, 2018
Zhongshan LCS Compliance Testing Laboratory Ltd.
Add: R402 Dongxing Industrial Building, NO.48 Dongchang Road, Dongxiao Community, Dongxiao St, Luohu District, Guangdong , China
Tel: +(86) 0755-29871520 | Fax: +(86) 0755-29871521 | E-mail: webmaster@lcs-cert.com | http:// www.lcs-cert.com



Page 16 of 19                    REPORT NO.: LCS200805008DS

## Attachment No.1

### Photo Documentation

**Figure 3 - Internal view of switch**



**Figure 4 - Internal view of switch**





Page 17 of 19                    REPORT NO.: LCS200805008DS

## Attachment No.1

## Photo Documentation

**Figure 5 - Internal view**



**Figure 6 - Internal view**



UL 153:2014 Ed.13+R: July 27, 2018

Zhongshan LCS Compliance Testing Laboratory Ltd.

Add: R402 Dongxing Industrial Building, NO.48 Dongchang Road, Dongxiao Community, Dongxiao St, Luohu District, Guangdong , China
Tel: +(86) 0755-29871520 | Fax: +(86) 0755-29871521 | E-mail: webmaster@lcs-cert.com | http:// www.lcs-cert.com



Page 18 of 19                REPORT NO.: LCS200805008DS

## Attachment No.1

### Photo Documentation

**Figure 7 - LED module view**



**Figure 7 - Adapter view**



UL 153:2014 Ed.13+R: July 27, 2018

Zhongshan LCS Compliance Testing Laboratory Ltd.

Add: R402 Dongxing Industrial Building, NO.48 Dongchang Road, Dongxiao Community, Dongxiao St, Luohu District, Guangdong , China

Tel: +(86) 0755-29871520 | Fax: +(86) 0755-29871521 | E-mail: webmaster@lcs-cert.com | http:// www.lcs-cert.com



REPORT NO.: LCS200805008DS

## Attachment No.1

### Photo Documentation

**Figure 8 - Mounting barcket**



----------------------------------------------------**End of Test Report**--------------------------------------------------------

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

Social Security Income Statement,

MAY 2025.

Case No.: CV-24-cv-01834-PHX-SHD    AFFIDAVIT OF  IN SUPPORT OF MOTION FOR RECONSIDERATION OF ALTERNATIVE SERVICE



# Social Security Administration
# Benefit Verification Letter

Date: April 8, 2025
BNC#: 25UJ697G07583
REF: A

STANLEY M GUSTAFSON
19031 N MARK LN
SUN CITY AZ  85373-9709

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2024, the full monthly Social Security benefit before any deductions is $1,171.40.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,171.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

## Information About Past Social Security Benefits

From December 2023 to November 2024, the full monthly Social Security benefit before any deductions was $1,142.90.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $1,142.00.
(We must round down to the whole dollar.)

## Type of Social Security Benefit Information

You are entitled to monthly retirement benefits.

## Medicare Information

You are entitled to hospital insurance under Medicare beginning July 2013.

See Next Page

25UJ697G07583                                                    Page 2 of 2

You are entitled to medical insurance under Medicare beginning July 2013.

Your Medicare number is 1JV6CY2XR40. You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

**Date of Birth Information**

The date of birth shown on our records is July 31, 1948.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

**Need more help?**

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-888-886-7213**.

           SOCIAL SECURITY
           5907 W KINGS AVE
           GLENDALE AZ 85306

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

1
2
3

# NOTARY ACKNOWLEDGMENT

4
5
6
State of Arizona }
7

County of MARICOPA }
8
9
10
On this day of April 8, 2025, before me, the undersigned notary public,
11
personally appeared: Stanley M. Gustafson known to me to be the person
whose name is subscribed to the within AFFIDAVIT OF STANLEY M.
12
GUSTAFSON IN SUPPORT OF MOTION FOR RECONSIDERATION OF
13
ALTERNATIVE SERVICE and acknowledged that he executed the same for the
14
purposes therein contained.
15
16
 
17
18
_____
19
Signature of Person Taking Acknowledgment

Title or Rank _Zankes Notary_.
20
21
Serial Number (if any) _____
22
My Commission Expires: _05·06·2027_
23
24
25
26
27
28