1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9  Stanley M Gustafson,                              **NO. CV-24-01834-PHX-SHD**

10              Plaintiff,

11  v.                                               **JUDGMENT OF DISMISSAL IN A**

12  Amazon.com Incorporated, et al.,                 **CIVIL CASE**

13              Defendants.

14

15      **Decision by Court.**  This action came for consideration before the Court.  The

16  issues have been considered and a decision has been rendered.

17      IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed

18  October 30, 2025, judgment of dismissal is entered. Plaintiff to take nothing, and the

19  complaint and action are dismissed without prejudice.

20                              Debra D. Lucas
                                District Court Executive/Clerk of Court

21

22  October 30, 2025

23                              s/ Robert Vasquez
                           By   Deputy Clerk

24
25
26
27
28